# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NICOLLE FOSTER,<br><br>        Plaintiff(s),<br><br>v.<br><br>CREDIT ONE BANK, N.A.; and CREDIT ONE FINANCIAL,<br><br>        Defendant(s). | 2:21-cv-00680-APG-VCF<br><br>**ORDER** |

    Before me is Plaintiff's emergency motion for protective order to quash subpoena. (ECF No. 20). Plaintiff seeks a protective order preventing defendants from serving a subpoena duces tecum on her current employer. Defendants have agreed to refrain from serving the proposed subpoena until after this discovery dispute is resolved. (ECF No. 20 at p.5).

    Accordingly,

    I ORDER that that any opposition to Plaintiff's emergency motion for protective order to quash subpoena duces tecum to Plaintiff's current employer (ECF No. 20) must be file on or before November 15, 2021. Any reply must be filed or before November 22, 2021.

    I FURTHER ORDER that a video conference hearing on Plaintiff's emergency motion for protective order to quash subpoena duces tecum to Plaintiff's current employer (ECF No. 20), is scheduled for 10:00 AM, November 29, 2021.

    I FURTHER ORDER that defendants must not serve the proposed subpoena until after this discovery dispute is resolved.

    I FURTHER ORDER that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, November 23, 2021.

    I FURTHER ORDER that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 4th day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE