```
LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Anthony L. Martin, Esq. (Bar No. 8177)
Noel M. Hernandez, Esq. (Bar No. 13893)
10801 W. Charleston Boulevard, Suite 500
Las Vegas, Nevada 89135
Telephone:  702-369-6800
Fax:  702-369-6888
Email: anthony.martin@ogletree.com, noel.hernandez@ogletreedeakins.com
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLLE FOSTER, | )<br>) |
| Plaintiff, | ) Case No.: 2:21-cv-00680-APG-VCF<br>) |
| vs. | )<br>) |
| CREDIT ONE BANK, N.A., | )<br>) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS REGARDING DEFENDANT CREDIT ONE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 43]**

**(First Request as to Opposition and Reply Only)**

Plaintiff NICOLLE FOSTER and Defendant CREDIT ONE BANK, N.A.,[1] by and through their respective counsel of record, STIPULATE AND AGREE that the current deadline for Plaintiff to submit her points and authorities in opposition to "Defendant Credit One Bank, N.A.'s Motion for Summary Judgment," ECF No. 43, and for Defendant to file its reply in support of its motion.

---

[1] Defendant Credit One Financial, a Nevada corporation, was dismissed from this case by stipulation of the parties. *See* ECF No. 25.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

1. This is the first request to extend the deadline specifically for the opposition and reply briefs in this matter, although it is the third request to extend deadlines pertaining to dispositive motions in this matter. "Defendant Credit One Bank, N.A.'s Motion for Summary Judgment," ECF No. 43, was filed on December 9, 2022.

Pursuant to the "Stipulation and Order to Extend Deadlines for Filing Dispositive Motions (Second Request), ECF No. 42:

    1. The deadline for filing Plaintiff's opposition to "Defendant Credit One Bank, N.A.'s Motion for Summary Judgment," ECF No. 43, is set for January 6, 2023;  and

    2. The deadline for filing Defendant's reply in support of its motion is set for January 20. 2023, the deadline set by operation of LR 7-2(b).

The parties hereby stipulate and agree to modify as follows:

    1. Plaintiff's points and authorities in opposition to "Defendant Credit One Bank, N.A.'s Motion for Summary Judgment," ECF No. 43, must be filed no later than **January 11, 2023**;

    2. Defendant's reply in support of its motion Any reply in support of a dispositive motion must be filed no later than **January 30, 2023**.

There is good cause for this modification of the briefing schedule.

    1. There is a significant volume of material to review in the preparation of the opposition.

    2. Plaintiff's counsel has three briefs (including this opposition) and a motion to be filed during the week of January 2, 2023.

    3. Completion of Plaintiff's opposition within the designated time was affected by the holidays during the year-end holiday season.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 3

1  This stipulation is entered into in good faith and not for purposes of delay.

2

3  DATED: 4 January 2023.                          DATED: 4 January 2023.

4  LAW OFFICES OF ROBERT P. SPRETNAK               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

5  By: /s/ Robert P. Spretnak
       Robert P. Spretnak, Esq.                    By: /s/ Anthony L. Martin
6                                                      Anthony L. Martin, Esq.
                                                       Noel M. Hernandez, Esq.
7  Attorney for Plaintiff

8  8275 S. Eastern Avenue, Suite 200              Attorneys for Defendant
   Las Vegas, Nevada 89123
9                                                  10801 W. Charleston Boulevard, Suite 500
                                                   Las Vegas, Nevada 89135
10

11                                                 IT IS SO ORDERED.

12                                                 _____

13                                                 UNITED STATES DISTRICT COURT JUDGE

14

15                                                 DATED: January 6, 2023

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 3