AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Nicolle Foster

                                   JUDGMENT IN A CIVIL CASE

                Plaintiff,

v.                                   Case Number: 2:21-cv-00680-APG-VCF

Credit One Bank, N. A.,

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Defendant Credit One Bank, N.A. and against Plaintiff Nicolle Foster.
Case Closed

09/29/2023                                                 DEBRA K. KEMPI
Date                                                       Clerk

                                                                     /s/ C. Torres
                                                                     Deputy Clerk